No. 04–954.  PIMENTAL *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the con-

1178

sideration or decision of this petition.

